**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Robin L. Castle | : | Case no 14bk-50114 |
| Debtor | : | Chapter 7 |
| | : | Judge Caldwell |

. . . . . . .

**NOTICE OF CHANGE OF ADDRESS**

Please take notice the Debtor has a new address. It is:

Robin L Castle
270 Mayfair Blvd Apt B
Columbus Ohio 43213

/s/ Robert L. Caplan
Robert L. Caplan (0062794)
Attorney for Debtor
90 North Nelson Road
Columbus, Ohio 43219
Phone No: (614) 252-2026
Fax No:      (614) 252-5593

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice has been served electronically upon Trustee Frank Pees and The United States Trustee on this 3rd day of May 2016.

/s/ Robert L. Caplan
Robert L. Caplan (0062794)
Attorney for Debtor